IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| **SCOTT ALLAN WRIGHT,** | : | |
| *Debtor* | : | Case No. **11-24340-JKF** |
| **SCOTT ALLAN WRIGHT**, | : | |
| *Movant,* | : | Doc. No._____ |
| vs | : | |
| **AES/PHEAA, ASSET ACCEPTANCE LLC, CANDICA, LLC, CAPITAL ONE,** | : | |
| **N.A., CAVALRY PORTFOLIO SERVICES, LLC, CITIBANK, CITICORP** | : | |
| **TRUST BANK, COUNTY OF ALLEGHENY, CREDIT ACCEPTANCE,** | : | |
| **DENOVUS CORPORATION, LTD, DUQUESNE LIGHT COMPANY,** | : | |
| **ECAST SETTLEMENT CORPORATION, ASSIGNEE, ECMC, EQUABLE** | : | |
| **ASCENT FINANCIAL, LLC, FAN DISTRIBUTING, LLC, INTERNAL** | : | |
| **REVENUE SERVICE, JEFFERSON CAPITAL SYSTEMS LLC, J.P.** | : | |
| **MORGAN CHASE BANK, N.A., LVNV FUNDING LLC . M & T BANK,** | : | |
| **MOON AREA S.D., OCWEN LOAN SERVICING, LLC, PALISADES** | | |
| **COLLECTIONS, LLC, PORTFOLIO RECOVERY ASSOCIATES, LLC** | | |
| **PYOD LLC, and SALLIE MAE INC.  and RONDA J. WINNECOUR,** | | |
| **TRUSTEE,** | | |
| *Respondents* | | |

### NOTICE OF HEARING WITH RESPONSE DEADLINE ON DEBTOR'S MOTION TO TRANSFER FUNDS FROM THE CLERK TO THE CHAPTER 13 TRUSTEE

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights and property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than **9/17/2012**, i.e., fourteen (14) days after the date of the service below, plus an additional three (3) days if served by mail, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on **9/28/2012 AT 10:00 A.M.** before Judge Judith K. Fitzgerald in Courtroom "A", 54th Floor, US Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.  Only a limited time of 15 minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

/s/ Michael S. Geisler

DATED: 8/29/2012

_____

**MICHAEL S. GEISLER, ESQUIRE**
Attorney for Movant
Pa. I.D. No. 39414
400 Penn Center Blvd., Suite 755
Pittsburgh, PA 15235
Tele: (412) 372-2820
E-Mail: m.s.geisler@att.net

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Chapter 13 |
| **SCOTT ALLAN WRIGHT,** | : |
| *Debtor* | : Case No. **11-24340-JKF** |
| **SCOTT ALLAN WRIGHT**, | : |
| *Movant,* | : Doc. No._____ |
| vs | : |
| **AES/PHEAA, ASSET ACCEPTANCE LLC, CANDICA, LLC, CAPITAL ONE,** | : |
| **N.A., CAVALRY PORTFOLIO SERVICES, LLC, CITIBANK, CITICORP** | : |
| **TRUST BANK, COUNTY OF ALLEGHENY, CREDIT ACCEPTANCE,** | : |
| **DENOVUS CORPORATION, LTD, DUQUESNE LIGHT COMPANY,** | : |
| **ECAST SETTLEMENT CORPORATION, ASSIGNEE, ECMC, EQUABLE** | : |
| **ASCENT FINANCIAL, LLC, FAN DISTRIBUTING, LLC, INTERNAL** | : |
| **REVENUE SERVICE, JEFFERSON CAPITAL SYSTEMS LLC, J.P.** | : |
| **MORGAN CHASE BANK, N.A., LVNV FUNDING LLC . M & T BANK,** | : |
| **MOON AREA S.D., OCWEN LOAN SERVICING, LLC, PALISADES** | |
| **COLLECTIONS, LLC, PORTFOLIO RECOVERY ASSOCIATES, LLC** | |
| **PYOD LLC, and SALLIE MAE INC.  and RONDA J. WINNECOUR,** | |
| **TRUSTEE,** | |
| *Respondents* | |

## DEBTOR'S MOTION TO TRANSFER FUNDS FROM THE CLERK TO THE CHAPTER 13 TRUSTEE

AND NOW comes the Debtor, SCOTT ALLAN WRIGHT, by and through his Attorney,

MICHAEL S. GEISLER, ESQUIRE, and files this Motion, of which the following is a statement:

1.    Movant is the Debtor.

2.    The Debtor filed a Chapter 13 Petition on 7/10/2011.

3.    On 4/18/2012, the case was dismissed by this Court for the failure to file an Amended

Plan.

4.    On 4/24/2012, the Trustee sent the sum of $9,025.45 to the Clerk.

5.      The dismissal has been vacated and the case reopened.


WHEREFORE, the Debtor prays that this Court enter an order directing the Clerk to

transfer the sum of $9,025.45 to the Trustee.


                                                    /s/ Michael S. Geisler

DATED: 8/29/2012                                    _____
                                                    **MICHAEL S. GEISLER, ESQUIRE**
                                                    Attorney for Movant
                                                    Pa. I.D. No. 39414
                                                    400 Penn Center Blvd., Suite 755
                                                    Pittsburgh, PA 15235
                                                    Tele: (412) 372-2820
                                                    E-Mail: m.s.geisler@att.net

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| **SCOTT ALLAN WRIGHT,** | : | |
| *Debtor* | : | Case No. **11-24340-JKF** |
| **SCOTT ALLAN WRIGHT**, | : | |
| *Movant,* | : | Doc. No._____ |
| vs | : | |
| **AES/PHEAA, ASSET ACCEPTANCE LLC, CANDICA, LLC, CAPITAL ONE,** | : | |
| **N.A., CAVALRY PORTFOLIO SERVICES, LLC, CITIBANK, CITICORP** | : | |
| **TRUST BANK, COUNTY OF ALLEGHENY, CREDIT ACCEPTANCE,** | : | |
| **DENOVUS CORPORATION, LTD, DUQUESNE LIGHT COMPANY,** | : | |
| **ECAST SETTLEMENT CORPORATION, ASSIGNEE, ECMC, EQUABLE** | : | |
| **ASCENT FINANCIAL, LLC, FAN DISTRIBUTING, LLC, INTERNAL** | : | |
| **REVENUE SERVICE, JEFFERSON CAPITAL SYSTEMS LLC, J.P.** | : | |
| **MORGAN CHASE BANK, N.A., LVNV FUNDING LLC . M & T BANK,** | : | |
| **MOON AREA S.D., OCWEN LOAN SERVICING, LLC, PALISADES** | | |
| **COLLECTIONS, LLC, PORTFOLIO RECOVERY ASSOCIATES, LLC** | | |
| **PYOD LLC, and SALLIE MAE INC.  and RONDA J. WINNECOUR,** | | |
| **TRUSTEE,** | | |
| *Respondents* | | |

## ORDER OF COURT

AND NOW, this _____ day of _____, 2012, upon

consideration of the within Motion, it is hereby ORDERED, ADJUDGED and DECREED, that

the Clerk is directed to send the sum of $9,025.45 to the Chapter 13 Trustee..

_____
J.

## CERTIFICATE OF SERVICE

I, MICHAEL S. GEISLER, ESQUIRE, Attorney for the Debtor, hereby certify that I have

served a true and correct copy of the within Motion and the Notice of Hearing upon the following

by First Class Mail, postage prepaid unless other wise indicated below:

RONDA J. WINNECOUR, TRUSTEE           (BY ELECTRONIC MEANS)
3250 US Steel Tower
Pittsburgh, PA 15219

AES/PHEAA
P.O. Box 8147
Harrisburg, PA 17105

Asset Acceptance LLC
P.O. Box 2036
Warren MI 48090

Candica, LLC
c/o Weinstein and Riley, P.S.
2001 Western Avenue, Ste 400
Seattle, WA 98121

Capital One, N.A.
c/o Creditors Bankruptcy Service
P.O. Box 740933
Dallas TX 75374

Cavalry Portfolio Services, LLC
500 Summit Lake Drive Suite 400
Valhalla, NY 10595-1340

Citibank
P.O.Box 66062
Sioux Falls, SD 57117

Citicorp Trust Bank
P.O. Box 6042
Sioux Falls, SD 57117-6042

County of Allegheny and                (BY ELECTRONIC MEANS)
Moon Area S.D.

c/o Goehring Rutter & Boehm
437 Grant St. 14th Floor
Pittsburgh PA 15219

Credit Acceptance
25505 West 12 Mile Rd
Suite 3000
Southfield, MI 48034

Denovus Corporation, Ltd
c/o Jefferson Capital Systems LLC
P.O. Box 7999
Saint Cloud, MN 56302-9617

Duquesne Light Company                    (BY ELECTRONIC MEANS)
c/o Bernstein Law Firm, P.C.
Suite 2200, Gulf Tower
Pittsburgh, PA 15219

eCAST Settlement Corporation, assignee
of FIA Card Services aka Bank of America
P.O. Box 35480
Newark, NJ 07193-5480

ECMC
P.O. Box 75906
St. Paul, MN 55175

Equable Ascent Financial, LLC
c/o Recovery Management Systems Corporation
25 SE 2nd Avenue Suite 1120
Miami FL 33131-1605

Fan Distributing, LLC
3300 Monroe Avenue, Suite 205
Rochester, NY 14618

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

J.P. Morgan Chase Bank, N.A.
P.O. Box 901032
Ft. Worth, TX 76101-2032

Kevin P. Diskin, Esquire                          (BY ELECTRONIC MEANS)
Stern & Eisenberg, LLP
261 Old York Rd
Suite 410
Jenkintown, PA 19046

LVNV Funding LLC its successors and assigns as
assignee of American Express Bank
Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

M & T Bank
1100 Wehrle Drive
Williamsville, NY 14221

Ocwen Loan Servicing, LLC
Attn:Bankruptcy Department
1661 Worthington Rd
Suite 100
West Palm Beach, FL 33409

Palisades Collections, LLC
Vativ Recovery Solutions LLC, dba SMC
As Agent For Palisades Collections, LLC
P.O. Box 40728
Houston, TX 77240-0728

Portfolio Recovery Associates, LLC
P.O.Box 12914
Norfolk, VA 23541

PYOD LLC its successors and assigns as assignee of
NCO Group Inc.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Sallie Mae Inc. on behalf of ECMC
Lockbox 8682
P.O. Box 75848
St. Paul, MN 55175

Civil Process Clerk
The United States Attorney

633 U.S. Post Office And Courthouse
Pittsburgh, PA 15219-1955

The Attorney General Of The United States
Civil Division, Bankruptcy Section
U.S. Department Of Justice
Washington, D.C. 20530

/s/ Michael S. Geisler

DATED: 8/29/2012                                    _____

**MICHAEL S. GEISLER, ESQUIRE**
Attorney for Movant
Pa. I.D. No. 39414
400 Penn Center Blvd., Suite 755
Pittsburgh, PA 15235
Tele: (412) 372-2820
E-Mail: m.s.geisler@att.net