FILED
2012 OCT 2 P 2:09
CLERK
U.S. BANKRUPTCY
COURT - PGH

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>**SCOTT ALLAN WRIGHT**,<br>　　　*Debtor*<br>**SCOTT ALLAN WRIGHT**,<br>　　　*Movant*,<br>　　vs<br>**AES/PHEAA, ASSET ACCEPTANCE LLC, CANDICA, LLC, CAPITAL ONE, N.A., CAVALRY PORTFOLIO SERVICES, LLC, CITIBANK, CITICORP TRUST BANK, COUNTY OF ALLEGHENY, CREDIT ACCEPTANCE, DENOVUS CORPORATION, LTD, DUQUESNE LIGHT COMPANY, ECAST SETTLEMENT CORPORATION, ASSIGNEE, ECMC, EQUABLE ASCENT FINANCIAL, LLC, FAN DISTRIBUTING, LLC, INTERNAL REVENUE SERVICE, JEFFERSON CAPITAL SYSTEMS LLC, J.P. MORGAN CHASE BANK, N.A., LVNV FUNDING LLC . M & T BANK, MOON AREA S.D., OCWEN LOAN SERVICING, LLC, PALISADES COLLECTIONS, LLC, PORTFOLIO RECOVERY ASSOCIATES, LLC PYOD LLC, and SALLIE MAE INC.  and RONDA J. WINNECOUR, TRUSTEE,**<br>　　　*Respondents* | Chapter 13<br><br>Case No. **11-24340-JKF**<br><br>Related to Doc. No. 90 |

## ORDER OF COURT

AND NOW, this __2nd__ day of _____October_____, 2012, upon consideration of the within Motion, it is hereby ORDERED, ADJUDGED and DECREED, that the Clerk is directed to send the sum of $9,025.45 to the Chapter 13 Trustee..

　　　　　　　　　　　　　　　　　　_Judith K. Fitzgerald_
　　　　　　　　　　　　　　　　　　　　　　　　　J. cgt